# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

LITTLE ONES PRESCHOOL INC.,

                    Plaintiff,

v.

WEST BEND MUTUAL INSURANCE COMPANY,

                    Defendant.

Case No. 20-CV-1428-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss Plaintiff's amended complaint (Docket #24) be and the same is hereby **GRANTED**; and

      **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

September 3, 2021
Date